Albert Martinez, Respondent, v. Film Import and Trading Company, Appellant.— Judgment modified by striking out the provision for extra allowance, and as thus modified affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Felix McCabe, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— We think that the question upon which this reargument was ordered does not affect the original result. Judgment reversed on reargument, and new trial granted, costs to abide the event. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Hirschberg, J., dissented.

Celia B. McLaughlin, Respondent, v. Michael L. McLaughlin, Appellant.— Appeal dismissed on argument, with ten dollars costs and disbursements. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

David J. McMahon, Respondent, v. James Glass, Jr., Appellant.— Judgment of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Yetta Nydofsky, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Thomas, Woodward and Rich, JJ., concurred; Jenks, P. J., and Carr, J., dissented.

Henry C. Partridge, Appellant, v. Robert Mitchell, Respondent, Impleaded, etc.— The evidence in this case fully establishes the relation of landlord and tenant between the parties. Final order of the Municipal Court reversed and new trial ordered, costs to abide the event. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. George W. Bates, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. Franklin Frean, Respondent, v. Henry S. Thompson, Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York, Appellant.— Order reversed and writ dismissed for laches in petitioning for it, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York ex rel. Adelaide M. McLaughlin, as Executrix, etc., of John J. McLaughlin, Deceased, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.